**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

N.G., : No. 792 MAL 2015
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
C.G, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.